IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-228-1D(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERIC OMAR JONES | ) | |

For good cause shown, the United States' Unopposed Motion for Leave to Substitute Redacted Copies of Trial Exhibits is hereby GRANTED. The United States may substitute redacted copies of the following government exhibits admitted at trial with the Clerk of Court:

Nos. 2, 2c, 3, 3a, 3a.f, 4, 4a, 4a.f, 5, 5a, 6, 7, 7a, 7a.f, 8, 8a, 8a.f, 9, 9a, 9a.f, 10, 10a, 10a.f, 11, 11a, 11a.f, 12, 12a, 12a.f, 13, 13a, 13a.f, 14, 14a, 15, 15a, 16, 16a, 16a.f, 17, 18, 222, 222f, 229, 229f, 244, 244f, 258, 258f, 308, 309, 461, 462, 463, 464, 465, 466, 467, 468, 469, 473, 514, 521, 522, 523, 523a, 524, 525, 526, 527, 536, 537, 551, 558, 564, 565, 569, 601, 601a, 602, 603, 604, 604a, 605, 606, 607, 608, 609, 610, 611, 612..

For each of the above-numbered exhibits, the originals are hereby placed under seal.

SO ORDERED, this 29 day of August, 2011.

THE HONORABLE JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE